Diane R. PURSER, Plaintiff–Appellant,

v.

WEINSTOCK & SCAVO, P.C., Louis R.
Cohan, Defendants–Appellees.

No. 09–10635
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 27, 2009.

Robert Allen Kaiden, Cristina Isabel Kaiden, Kaiden & Kaiden, LLC, Smyrna, GA, for Plaintiff–Appellant.

Michael Weinstock, Matthew Robert Rosenkoff, Weinstock & Scavo, P.C., Atlanta, GA, for Defendants–Appellees.

Before TJOFLAT, HULL and PRYOR, Circuit Judges.

PER CURIAM:

For the reasons stated in the district court's dispositive order of January 8, 2009, we agree that appellant failed to state a claim for relief under the Fair Debt Collection Act. Further, we find no abuse of discretion in the district court's decision

not to exercise its supplemental jurisdiction and to dismiss appellant's state law claims without prejudice.

AFFIRMED.